**JOEL D. LEIDNER**
*Attorney at Law*
LEIDNER & LEIDNER, A.P.C.
4622 Hollywood Boulevard
Los Angeles, CA  90027
Bar #: 52559
Telephone: (323) 664-5670
Fax: (323) 662-0840
E-mail: joel.leidner@igc.org

Attorney for Plaintiff
MARGARET DAVIS

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET DAVIS, | Case No: CV-F 05-0026 OWN TAG |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE - First |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, and subject to the approval of the Court, that Plaintiff shall have a forty five (45) day extension of the time, to and including October 4, 2005, to file Appellant's Opening Brief pursuant to numbered paragraph 11 of the Scheduling Order ("Order"); and that all other scheduling dates set forth in the Order shall be extended accordingly.

///
///
///

-1-

1   This is Plaintiff's first request for an extension.
2   This stipulation is entered into at the request of
3   Plaintiff's counsel, who requires the additional time
4   due to temporary circumstances.

DATED: August 25, 2005          /s/ Joel D. Leidner
                                JOEL D. LEIDNER
                                Attorney for plaintiff
                                MARGARET DAVIS


DATED: August 25, 2005          McGREGOR SCOTT, Esq.
                                United States Attorney
                                KRISTI C. KAPETAN
                                Assistant United States
                                Attorney


                                  /s/ - Kristi C. Kapetan*
                                KRISTI C. KAPEAN
                                Assistant United States
                                Attorney
                                Attorneys for Defendant
                                [*By email authorization on
                                August 25, 2005]

**JOEL D. LEIDNER**
*Attorney at Law*
LEIDNER & LEIDNER, A.P.C.
4622 Hollywood Boulevard
Los Angeles, CA 90027
Bar #: 52559
Telephone: (323) 664-5670
Fax: (323) 662-0840
E-mail: joel.leidner@igc.org

Attorney for plaintiff
MARGARET DAVIS

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET DAVIS, | Case No: 1:05-CV-00026-OWW-TAG |
| Plaintiff, | ORDER EXTENDING BRIEFING SCHEDULE |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social, Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Extend Briefing Schedule, **IT IS ORDERED** that Plaintiff shall have an extension of time, to and including October 4, 2005, to file Appellant's Opening brief pursuant to numbered paragraph 11 Scheduling Order ("Order"); and that all other scheduling dates set forth in the Order are extended accordingly.

DATED: August 29, 2005

_____
UNITED STATES MAGISTRATE JUDGE

-1-