# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　　Defendant.<br>_____ / | CASE NO: 1:05-cv-00026 OWW TAG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS ON PLAINTIFF'S APPEAL FROM ADMINISTRATIVE DECISION (Doc. 14)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT FOR DEFENDANT AND AGAINST PLAINTIFF |

　　　Plaintiff Margaret Davis ("Plaintiff") seeks this Court's review of an administrative law judge's ("ALJ's") decision denying Plaintiff's claim for disability insurance benefits under Title II of the Social Security Act ('the Act"), 42 U.S.C. §401 et seq., and her claim for supplemental security income under Title XVI of the Act, 42 U.S.C. § 1381 et seq. (Doc. 1). After review of the administrative record and the parties' papers, the Magistrate Judge issued findings and recommendations on July 5, 2006 to DENY Plaintiff's request to reverse the ALJ's decision denying Plaintiff benefits. (Doc. 14). The findings and recommendation were served on all parties on July 5, 2005, and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service.

　　　On July 11, 2005, Plaintiff filed timely objections to the findings and recommendations. (Doc. 15). The undersigned has considered the objections and has determined that there is no need to modify the findings and recommendations based on the points raised in the objections.

Pursuant to 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds the magistrate judge's findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's objections (Doc. 15) are OVERRULED;
2. The findings and recommendations filed July 5, 2006 (Doc. 14), are ADOPTED IN FULL;
3. The Plaintiff's Social Security complaint (Doc. 1) is DENIED; and
4. The Clerk of Court is DIRECTED to enter judgment in favor of Defendant Jo Anne B. Barnhart, Commissioner of Social Security, and against Plaintiff Margaret Davis.IT IS SO ORDERED.

Emm0d6**Dated:    January 18, 2007**              **/s/ Oliver W. Wanger**
                                                   UNITED STATES DISTRICT JUDGE